### CUDDY v. STATE.
### No. 13068.

Court of Criminal Appeals of Texas.
Feb. 26, 1930.

Roach & Baldwin, of Paris, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, two years in the penitentiary.

The indictment, the charge of the court, the verdict, and judgment in this case seem to be regular and in accordance with law. The statement of facts found in the record was not approved by the trial court, and hence cannot be considered by us. There are no bills of exception.

No error appearing, the judgment will be affirmed.